UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                              **CRIMINAL ACTION NUMBER: 3:11CR-82-JGH**

**WHITNEY SUMMITT**                                                                          **DEFENDANT**

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The United States was represented by Robert B. Bonar on behalf of Laura L. Hall, Assistant United States Attorney. The proceedings were recorded by Dena Legg, Official Court Reporter. The defendant, Whitney Summitt, by consent with James A. Earhart, appointed counsel, appeared in open court on May 30, 2012, and entered a plea of guilty as to Count 1 of the Indictment pursuant to a Rule 11(c)(1)(B) plea agreement. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary as to Count 1 of the Indictment, and that the offense charged was supported by an independent basis in fact concerning each of the essential elements of such offense. Therefore, the undersigned recommends that the plea of guilty be accepted, and that the defendant be adjudged guilty as to Count 1 in the Indictment and have sentence imposed accordingly.

**The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.**

**IT IS HEREBY ORDERED** that the defendant is **remanded** to the custody of the United States Marshal Service pending further order of the Court.

Copies to:
United States Attorney
United States Probation
Counsel for Defendant

| 20 |