**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**V.**                           **CRIMINAL ACTION NUMBER: 3:11CR-82-JGH**

**WHITNEY SUMMITT**                                               **DEFENDANT**

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

     Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the plea of guilty by the defendant as to Count 1 in the Indictment is hereby accepted, and the defendant is adjudged guilty of such offense. Sentencing is to be scheduled by further order of the Court before the Honorable John G. Heyburn, II, United States District Court Judge.

Copies to: U.S. Attorney
              U.S. Probation
              Counsel of Record